## WERTHEIMER v. WELLS, FARGO & CO.

(Supreme Court, Appellate Term.   November 24, 1908.)

CARRIERS (§ 76*)—CARRIAGE OF GOODS—ACTION FOR FAILURE TO DELIVER—TI-
TLE—PRESUMPTIONS.

Where a shipment is delivered to a carrier, the presumption is that
title then passes to the consignee, and the consignor cannot maintain an
action for failure to deliver, in the absence of proof to rebut the presump-
tion and show title in himself.

[Ed. Note.—For other cases, see Carriers, Cent. Dig. § 263; Dec. Dig.
§ 76.*]

Appeal from Municipal Court, Borough of Manhattan, Second Dis-
trict.

Action by Nathan Wertheimer against Wells, Fargo & Co.   Judg-
ment for plaintiff, and defendant appeals.   Reversed, and new trial
ordered.

Argued before GILDERSLEEVE, P. J., and MacLEAN and SEA-
BURY, JJ.

Alexander & Green (W. C. Prime; of counsel), for appellant.
Gainsburg & Solomon, for respondent.

PER CURIAM.   This is an appeal from a judgment for the sum
of $18.60, damages and costs, in favor of the plaintiff.   The only wit-
ness examined upon the trial was Nathan Wertheimer, the plaintiff,
who testified that on December 26, 1907, he delivered to defendant at
one of its Jersey City, N. J., offices, a bundle containing 140 pounds
of fat, which was worth $16.80; that he wished to ship this fat to his
brother, Philip Wertheimer, Scranton, Pa.; and that he received a
receipt, which shows that the package in question was, in fact, con-
signed to said Philip Wertheimer.   Plaintiff also stated that he told
defendant's employé that the fat never was delivered to the consign-
ee, but there is no direct proof of such nondelivery.   There is no evi-
dence that title to the fat is in plaintiff, as the presumption of law is
that the title passed to the consignee upon delivery of the fat to the
carrier, and no evidence is offered to rebut this presumption.   Defend-
ant moved at the end of the case to dismiss the complaint, which mo-
tion under the evidence presented should have been granted.

Judgment reversed, and new trial ordered, with costs to appellant
to abide the event.